UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) | Case No. 16-31089-EDK |
| ROBERT W. PRITCHARD AND | ) |  |
| DENISE A. PRITCHARD | ) |  |
| Debtors | ) |  |
|  | ) |  |

## ORDER AUTHORIZING TRUSTEE TO EMPLOY ACCOUNTANT
## FOR THE ESTATE

At Springfield  in said District, on this           day of                    2018.


Upon the Application of Gary M. Weiner, Trustee in the above-captioned case, seeking to employ Moriarty & Primack, P.C. d/b/a The MP Group P.C. as accountant for the estate, pursuant to 11 U.S.C. §§ 327 (a) and 328 (a), for cause shown, it is hereby


ORDERED that Gary M. Weiner, Trustee, is hereby authorized to employ Moriarty & Primack, P.C. d/b/a The MP Group P.C. as accountant to the Trustee for the purposes outlined in the Trustee's Application.


*Elizabeth D. Katz*                    11/07/2018

HONORABLE ELIZABETH D. KATZ
Bankruptcy Judge